UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ROBERT RUCKER | ) |
| | ) |
| v. | ) NO. 2:05-CV-138 |
| | ) |
| MICHAEL A. WALCHER and the | ) |
| DISTRICT ATTORNEY'S OFFICE, | ) |
| Greeneville, Tennessee | ) |

## O R D E R

In accordance with the memorandum and order this day entered, this *pro se* prisoner's civil rights action, 42 U.S.C. § 1983, is **DISMISSED** *sua sponte*, **without prejudice** to the plaintiff's right to challenge his conviction by means of a petition for a writ of habeas corpus. *Preiser v. Rodriguez*, 411 U.S. 475, 487 (1973). The Court finds that any appeal taken in this matter would not be taken in good faith 28 U.S.C. § 1915(a)(3).

ENTER:

                                       s/Thomas Gray Hull
                                       THOMAS GRAY HULL
                                         SENIOR U. S. DISTRICT JUDGE